No. 88–1951.  UNITED STATES *v.* DALM.  C. A. 6th Cir.  Certiorari granted.

No. 88–1993.  BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. *v.* SMITH.  C. A. 11th Cir.  Certiorari granted. ▪

No. 88–2031.  UNITED STATES *v.* KOKINDA ET AL.  C. A. 4th Cir.  Certiorari granted.

No. 88–2102.  STEWART ET AL. *v.* ABEND, DBA AUTHORS RESEARCH CO.  C. A. 9th Cir.  Certiorari granted.

No. 88–2123.  DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL.  C. A. D. C. Cir.  Certiorari granted.

No. 89–44.  BURNHAM *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN (BURNHAM, REAL PARTY IN INTEREST).  Ct. App. Cal., 1st App. Dist.  Certiorari granted.

No. 89–65.  FORT STEWART SCHOOLS *v.* FEDERAL LABOR RELATIONS AUTHORITY ET AL.  C. A. 11th Cir.  Certiorari granted.

No. 89–163.  UNITED STATES *v.* MONTALVO-MURILLO.  C. A. 10th Cir.  Certiorari granted.

No. 88–1281.  NGIRAINGAS ET AL. *v.* SANCHEZ ET AL.  C. A. 9th Cir.  Certiorari granted.  JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 88–1671.  UNITED STATES DEPARTMENT OF LABOR *v.* TRIPLETT ET AL.; and

No. 88–1688.  COMMITTEE ON LEGAL ETHICS OF THE WEST VIRGINIA STATE BAR *v.* TRIPLETT ET AL.  Sup. Ct. App. W. Va. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.  Reported below: 180 W. Va. 533, 378 S. E. 2d 82.